**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

Randall Tyler Hutchinson,

    Petitioner,

    v.

Warden, Corr. Rec. Center,

    Respondent.

Case No. 2:25-cv-543

Judge Michael H. Watson

Magistrate Judge Vascura

## ORDER

Petitioner has a petition for a writ of habeas corpus pending in another case. *See* Case No. 2:25-cv-281 (S.D. Ohio).  Petitioner was directed to file an amended petition in that case.  ECF No. 5, Case No. 2:25-cv-281.  It seems that, in attempting to comply with that Order, Petitioner mailed an amended petition that lacked a case number.  R&R, ECF No. 3 (Case No. 2:25-cv-543).  As a result, the above-captioned case was opened.  *Id.*  The Magistrate Judge assigned to this Case has ordered the amended petition to be filed in Case No. 2:25-cv-281 and recommends dismissing this case as duplicative.  *Id.*  The R&R notified Petitioner of his right to object to that recommendation and of the consequences of failing to do so, *id.*, yet Petitioner failed to object.  Accordingly, the Court **ADOPTS** the R&R and **DISMISSES** this case as duplicative of Case No. 2:25-cv-281.

    **IT IS SO ORDERED.**

**MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT**